B6C (Official Form 6C) (04/10)

IN RE Jankovich, David M.  
_____  
Debtor(s)

Case No. _____ (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:  
(Check one box)  
☑ 11 U.S.C. § 522(b)(2)  
☐ 11 U.S.C. § 522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $146,450. *

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Debtor's 1/2 interest in home located at 16831 Brooklane, Northville, MI 48168 | 11 USC § 522(d)(1) | 1.00 | 207,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Debtor's cash on hand | 11 USC § 522(d)(5) | 600.00 | 600.00 |
| Debtor's 1/2 interest in joint checking account at Charter One Bank | 11 USC § 522(d)(5) | 780.00 | 780.00 |
| Debtor's 1/2 interest in all furniture and household furnishings (including utensils, china, bedding, knickknacks, sofas, beds, bookcases, cookware, tables and rugs), appliances, yard and snow equipment, tools, and audio/video equipment at Debtor's residence, including all items listed on the attached sheet | 11 USC § 522(d)(3) | 3,000.00 | 3,000.00 |
| Debtor's clothing at Debtor's residence | 11 USC § 522(d)(3) | 1,500.00 | 1,500.00 |
| 1998 Walther hand gun, 10 year old Titlist golf clubs and two mountain bikes at Debtor's residence | 11 USC § 522(d)(3) | 800.00 | 800.00 |
| Debtor's 1/2 interest in treadmill and dumbbells at Debtor's residence | 11 USC § 522(d)(3) | 150.00 | 150.00 |
| Term life insurance policy through America Life Insurance Company | 11 USC § 522(d)(7) | 100% | 0.00 |
| Debtor's 1% ownership interest in D & D Signs & Graphics, LLC | 11 USC § 522(d)(5) | 100% | 0.00 |
| 2002 Honda 1200 Waverunner at Debtor's residence | 11 USC § 522(d)(5)<br>11 USC § 522(d)(5) | 450.00<br>1,034.99 | 2,835.00 |
| 2004 Shoreline trailer for Debtor's wave runners at Debtor's residence | 11 USC § 522(d)(5) | 100.00 | 100.00 |
| 2009 Ford F150 pickup truck at Debtor's residence | 11 USC § 522(d)(5) | 6,762.18 | 19,500.00 |
| 2010 Ford Fusion at Debtor's residence | 11 USC § 522(d)(2)<br>11 USC § 522(d)(5) | 3,450.00<br>2,247.83 | 11,575.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

# ATTACHMENT TO SCHEDULE C

3 bedroom sets
3 couches
2 love seats
2 TVs
4 end tables
3 dining room sets
Boston speakers, receiver and amplifier
Honda snow blower
Cub Cadet lawn mower
Cub Cadet power washer